PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Anthony Ferretti          Docket No. 1:CR-01-079-01

### Petition on Probation and Supervised Release

COMES NOW     Stephen F. Leahey     PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Anthony Ferretti who was sentenced to serve three months by the Honorable Yvette Kane sitting in the court at Harrisburg, PA, on the 14th day of November 2001 who fixed the period of supervised release at three years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:
* Supervision commenced on April 5, 2002.

> The defendant shall cooperate with Susquehanna Bancshares, Inc. in making the collateral pledged available for payment of restitution.
>
> The defendant shall pay any balance of the restitution imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $140.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Mr. Ferretti was ordered to pay restitution in the amount of $367,614.00. At the time of sentencing, it appeared that Mr. Ferretti's pledged assets were sufficient to pay his restitution obligation in full. However, according to a representative of Susquehanna Bancshares, all pledged assets have been liquidated and a restitution balance still remains. The bank has been asked to provide a written restitution balance statement but has not done so as of this date. Probation office records reflect that Mr. Ferretti has thus far paid a total of $3,465.00 plus any assets liquidated by Susquehanna Bancshares. The defendant appears to have made restitution payments to the best of his ability and has agreed to continue making payments should the term of supervised release be permitted to expire. However, he declined to sign a Restitution Agreement because the bank has not yet provided final restitution balance. Once a balance is provided, the probation office will furnish this information to the Clerk of Court and to Mr. Ferretti.

During the past three years, Mr. Ferretti has been employed on a full-time basis earning approximately $1,600 per month. The defendant has generally complied with the conditions of supervision, was responsive to the probation officer's guidance, and there does not appear to be a basis for a violation action. It is recommended that his supervised release be permitted to expire. First Assistant U.S. Attorney Martin C. Carlson does not object to the recommendation.

PRAYING THAT THE COURT WILL ORDER that the defendant's term of supervised release be permitted to expire on April 4, 2005, without further action of the court.

ORDER OF COURT

Considered and ordered this ___1st___ day of ___APRIL___, 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Respectfully,

_____
Stephen F. Leahey
U.S. Probation Officer

Place _Harrisburg, PA_
Date_ March 30, 2005_